DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

SHAWNA RENE OWENS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0635
_____

July 24, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Dana Moss, Judge.

Andrea Flynn Mogensen of the Law Office of Andrea Flynn Mogensen, P.A, Sarasota, for Appellant.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and MORRIS, JJ., Concur.
_____

Opinion subject to revision prior to official publication.